FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 27 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:08-CR-00082 |
| | ) | |
| CHRISTOPHER STOUFFLET, | ) | |
| Defendant. | ) | |

### ORDER CONTINUING SENTENCING HEARING

After reading the foregoing motion to continue, the Court hereby continues Defendant Stoufflet's sentencing to another date. Accordingly, Counsel submits that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial and that a continuance be granted until another available court date is designated by the Honorable Court.

IT IS SO ORDERED THIS 27th DAY OF October, 2009

_____
The Honorable Clarence Cooper
United States District Court Judge

Presented by:

*s/Lawrence J. Zimmerman*
Lawrence J. Zimmerman
Attorney for Defendant
SBN: 785198